UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                          Case No. 8:05-M-521-MSS

BRIAN NEIL WHITE
_____/

## ORDER OF DETENTION

This cause comes on for consideration upon the filing of Defendant's Motion to Amend Conditions of Release (Dkt. 6). A hearing on an initial appearance in this matter took place on November 1, 2005. The Court issued an oral Order of Release, among other things, setting bond at $30,000.00 to be secured by forfeiture agreement and co-signed by Defendant's father. Defendant's first appearance on this matter in Michigan is scheduled for November 16, 2005.

Defendant now seeks modification of the Court's Order. Defendant's mother wishes to co-sign on the bond in addition to Defendant's father but believes that the subject property may only be worth $25,000.00. Defendant's father is ill and unable to be present before the Court. He has been equivocal in his willingness to sign the bond. Further, Defendant was not candid with Pretrial Services concerning his presence in the Middle District and residence with his father. Upon reconsideration and being so advised, it is **ORDERED** that:

(1)  Defendant's Motion to Amend Conditions of Release (Dkt. 6) is DENIED **WITHOUT PREJUDICE**;

(2) The Court's oral Order setting conditions of release is **REVOKED WITHOUT PREJUDICE**. Defendant may bring any bond issues to the attention of the Michigan Court.

(3) Defendant is ordered detained **WITHOUT PREJUDICE** to Defendant's ability to seek release from the Michigan Court. Defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On Order of a Court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

**DONE** and **ORDERED** in Tampa, Florida on November 14th, 2005.

_____
MARY S. SCRIVEN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

United States Marshal
United States Attorney
United States Probation Office
United States Pretrial Services Office
Counsel for Defendant
Defendant